AO 241 (Rev. 09/17)

RECEIVED

3:26-cv-00259-SLG

JUL 07 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Anchorage |
|---|---|

| Name (under which you were convicted): Rockwell Dee Tegoseak | Docket or Case No.: 3AN-25-01538CR |
|---|---|

| Place of Confinement : Anchorage Correctional Complex-West | Prisoner No.: 771464 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Rockwell Dee Tegoseak | v. STATE OF ALASKA |

The Attorney General of the State of: Alaska

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Anchorage Superior Court - 825 W 4th ave Anchorage, AK 99501

(b) Criminal docket or case number (if you know): 3AN-25-01538CR

2.   (a) Date of the judgment of conviction (if you know): Unconvicted

(b) Date of sentencing: Unsentenced

3.   Length of sentence: 

4.   In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case: N/A (pre-trial).

6.   (a) What was your plea? (Check one)

☒ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty              ☐ (4)   Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

      ☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

      ☐ Yes    ☒ No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☐ Yes  ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☒ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes    ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ❏ Yes    ❏ No

(2) Second petition:   ❏ Yes    ❏ No

(3) Third petition:    ❏ Yes    ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Malicious Prosecution that violated my due process. Intended to deprive me of 1st Amdt or cohabit w/ relatives.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AKCares & APD agents Sam Beard and Rosindo Pomz, concealed exculpatory evidence, fabricating material evidence to initiate legal proceedings through soliciting use of fabricated evidence in conjunction with criminally omitted evidence (out of context to complete) §603.02 as per RCo" of R.3 & R4 of Fed. R. Civ. Procedure "Function & purpose of complaint", to expedite indictment via submission to grand jury.

(b) If you did not exhaust your state remedies on Ground One, explain why: The State has used my "representative" as a means to suppress efforts to bring attention to this violation to deprive my rights by technicality. The "Defense" has REFUSED to act on behalf of knowledge of facts provided advance to State intent to prosecute, in detriment to my liberty and due process for over 47Dd.

(c)    **Direct Appeal of Ground One:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes     ☑ No

     (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

**(d) Post-Conviction Proceedings:**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ☐ Yes     ☑ No

     (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

     (3) Did you receive a hearing on your motion or petition?      ☐ Yes     ☑ No

     (4) Did you appeal from the denial of your motion or petition?      ☐ Yes     ☑ No

     (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐ Yes     ☑ No

     (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

     (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Submitted information via affidavit, motion, request/order, w/ no participation or acknowledgment.

---

**GROUND TWO:** "Complaining witness"- admits to lying, prior to "R.4" of complaint - in the same text exchange (concealed by Det. Perez).

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Prior to "demonstration of probable cause" in complaint, to obtain indictment, the complaining witness K.H admits to lying about claims to her mother over text to myself in the exchange utilized in complaint to grand jury. Det. Perez knowingly left out of discovery - also choosing only to provide acquiescence to request, failing to disclose to DA, the court and Defense attorneys of the mitigative exculpatory evidence beneficial to myself.

---

(b) If you did not exhaust your state remedies on Ground Two, explain why: "6/18/20 "The State will not allow me to subpoena K·H "phone prior to trial". - Nathaniel Hainje (my attorney) - previous. "The State does not allow us to subpoena certain things before trial" - Ruby Zipco (P. Defender Agency, Investigator) - 5/29/24

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

| | | | | |
|---|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : I've submitted affidavits that provide the specific info mentioned, motion to dismiss, and request/orders to provide the exculpatory evidence mentioned.

**GROUND THREE:** Coercion by threat of police; prior to admission to lying, prior to acquiescence. Clear protest through exchange

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In the exchange used in probable cause, I protest from the first moment of request of "apology" by K.H., refusing adamantly to apologize. Continuosly prior to threat that would deprive of family; intended to deprive family. This context, duress, and protest is deliberately left out by Perez' intent driven purpose to provide DA w/ info to initiate filing.

(b) If you did not exhaust your state remedies on Ground Three, explain why: The State and Court have refused to acknowledge efforts to inform administratively. The State and Court have refused to let my Defense attorney to obtain Subpoenas requested to acquire info to invalidate causation.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(c) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: I've Sued to relief of legal Compliance, to adhere to the constitution and law. I've had to bypass the Court and propensity of State to interfere w/ due process.

**GROUND FOUR:** By use of F.Civ.R.P §603.02 the Court and State deliberately circumvented opportunity to confrontation and due process.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Court as stated by Easter 5/15/26 "We don't do preliminary hearings". The Court has used my "representative" to keep me out of ALL discovery hearings, waiving presence w/o signed consent since my arrest. Effectively removing ALL chance to rebut/dispute/confront. This is buttressed by documented evidence, possessed by Anchorage FBI field office in an envelope labeled "Ineffective Counsel". Delivered by hand 6/12/26 w/ 460+ days of documented evidence supporting violation of 14th Amdt.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Every effort to formally Inform the court has been suppressed by (A) the Court (B) The State, (C) The "Defense" attorney (State).

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: The Court has failed to
participate in exhaustion of remedies or to acknowledge
my efforts to seek relief.

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Name of U.S. District Court, United States District Court for the District of Alaska, 222 W 7ave #4 Anchorage AK 99513.

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _N/A_

(b) At arraignment and plea: _Ben Drasner 1016 W 5th ave #301 Anchorage, AK, 99501_

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_N/A (Pretrial)._

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

Case 3:26-cv-00259-SLG-KFR    Document 1    Filed 07/07/26    Page 14 of 16

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Mandatory reversal of Indictment; barrment of prosecution to re-litigate due to prejudice in initiation to current circumstance of custody.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on  7/1/26  (month, date, year).

Executed (signed) on  7/1/26  (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

771464 Rockwell Tegoscak
Anchorage Correctional Complex-West
1400 E 4th Ave Anchorage AK, 99501



Federal Court
222 W 7th Ave #4
Anchorage, AK, 99513

LEGAL & CONFIDENTIAL

7/1/26 documented