RECEIVED
AUG 13 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Additional Supplements to:

3:26-CV-00234-SLG 3:26-CV-00259-SLG-KFR
3:26-CV-00244-SLG
3:26-CV-00255-SLG

related to: 3:26-CV-00259-SLG-KFR
Origin: 3AN-25-01538CR

AK Const. Art 1, §8
"The power of grand juries to investigate and make recommendations concerning the public welfare or safety (shall never be suspended".)

AK Const. Art 1, §13
"The privilege of the writ of Habeas Corpus (shall not be suspended), unless in cases of rebellion or actual or imminent invasion, the public safety require it."

news Article

(April 2nd article in Harvard Journal of Law & Public Policy titled)

Wednesday, June 3rd, 2026

"The Delta Discovery"

"The original Meaning and Understanding of the Investigative Power of the Grand Jury In the Constitution of Alaska"

"Changes in the system were interfering, diminishing, and even suspending the grand jury's Constitutional Power".

"The Harvard Journals article conclusion was direct.

The authors found under our Constitution (that the Executive branch does not have the authority to act as gatekeepers by the screening or filtering of citizen petitions before they reach the grand jury. They also concluded courts do not have authority to withhold seal, or suppress grand jury reports addressing matters of public Concern.

According to the article, both practices, one at the beginning and one at the end, conflict with the Constitution because they interrupt the connection the framers intended between the people and the grand jury. See "SCD 1993"

771464 Rockwell Tegoseak
GCCC
22301 W Alsop rd, Wasilla Ak, 99623

quadient
FIRST-CLASS MAIL
IMI
$002.27 º
08/11/2026 ZIP 99654
043M31247126
US POSTAGE

Federal Court
222 W 7th ave #4
Anchorage Ak, 99513